No. 12–7810. SHEHATA *v.* COLE. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 12–7832. WILLIAMS *v.* CITY OF NATCHITOCHES, LOUISIANA, ET AL. Ct. App. La., 3d Cir. Certiorari denied.

No. 12–7833. THOMPSON *v.* CREWS, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 12–7834. THOMAS *v.* FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 12–7836. YAUTENTZI-CIPRIANO *v.* NOOTH, SUPERINTENDENT, SNAKE RIVER CORRECTIONAL INSTITUTION. C. A. 9th Cir. Certiorari denied.

No. 12–7842. FRASER *v.* GMAC MORTGAGE, LLC. Sup. Ct. N. J. Certiorari denied.

No. 12–7843. HILL *v.* NATIONWIDE MUTUAL INSURANCE CO. ET AL. C. A. 4th Cir. Certiorari denied.

No. 12–7844. GLICA *v.* MCDONALD, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 12–7850. FUNES *v.* LOUISIANA. Ct. App. La., 5th Cir. Certiorari denied.

No. 12–7852. HUDGINS *v.* CARTLEDGE, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 12–7853. FRANKLIN *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 12–7854. GLAIR *v.* CITY OF LOS ANGELES, CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 12–7857. HIRAMANEK *v.* SUPERIOR COURT OF CALIFORNIA, SANTA CLARA COUNTY, ET AL.; and HIRAMANEK *v.* HIRAMANEK. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 12–7858. GUY ET AL. *v.* CITY OF INGLEWOOD, CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.